FEBRUARY 25, 2002

No. 00–725. ALOE ENERGY CORP. v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 3d Cir. Certiorari granted,

judgment vacated, and case remanded for further consideration in light of *Barnhart* v. *Sigmon Coal Co., ante,* p. 438.